UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-00175-F

|  |  |  |
|---|---|---|
| ELIZABETH J. SANDERSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; | ) | |
| DEPUY INTERNATIONAL LIMITED; | ) | |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON | ) | |
| SERVICES, INC.; and JOHNSON & JOHNSON | ) | |
| INTERNATIONAL, | ) | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 4th day of April, 2012.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge